**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Ricky L. Sooter
Attorney at Law
P. O. Drawer 1791
Alexandria LA 71309-1791

**REHEARING ACTION: April 22, 2009**

**Docket Number: 08   01088-CA**

**SUCCESSION OF DAVID JONES, JR. A/K/A DAVID JONES, III A/K/A DAVID JONES**

**Appealed from Rapides Parish Case No. 35,824**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Jimmie C. Peters**
    **Hon. Michael G. Sullivan**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Ethel Jones** has this day been

    **DENIED.**

cc: William Francis Henderson, Counsel for the Appellant